IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ____ D.C.

05 SEP 23 PM 3:09

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

UNITED STATES OF AMERICA,

VS.                                      NO. 05-20304-Ma

COMFORT ANDERSON,

  Defendant.

---

ORDER WAIVING APPEARANCE AT REPORT DATE

---

Before the court is the September 21, 2005, motion of defendant Comfort Anderson, to waive her appearance at the report date on September 23, 2005.

The defendant's signed waiver of appearance was filed with this motion to waive appearance. For good cause shown, Comfort Anderson's appearance is waived at the report date set on September 23, 2005, based on her written waiver.

It is so ORDERED this 23rd day of September, 2005.

SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on  9-26-05

15

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 15 in case 2:05-CR-20304 was distributed by fax, mail, or direct printing on September 26, 2005 to the parties listed.

---

Lee Howard Gerald
LAW OFFICE OF LEE GERALD
8 S. Third St.
Fourth Floor
Memphis, TN 38103

Stephen C. Parker
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT