IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

UNITED STATES OF AMERICA,

VS.          NO. 05-20304-Ma

COMFORT ANDERSON,

    Defendant.

## ORDER WAIVING APPEARANCE AT REPORT DATE

Before the court is the November 22, 2005, motion of defendant Comfort Brown, to waive her appearance at the report date on November 23, 2005.

The defendant's signed waiver of appearance was filed with the motion to waive appearance. For good cause shown, Comfort Anderson's appearance is waived at the report date set on November 23, 2005, based on her written waiver.

It is so ORDERED this 23d day of November, 2005.

SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 11-30-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 20 in case 2:05-CR-20304 was distributed by fax, mail, or direct printing on November 30, 2005 to the parties listed.

---

Stephen C. Parker
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Lee Howard Gerald
LAW OFFICE OF LEE GERALD
8 S. Third St.
Fourth Floor
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT